In re FROST. (Supreme Court, Appellate Division, First Department. November 18, 1898.) In the matter of Henry A. Frost, an

attorney, etc. No opinion. Motion granted; referee's fees to be a county charge. See 49 N. Y. Supp. 1136.